**CONFIDENTIAL**

Maine Department of Corrections, Incident Report
Criminal Investigation (PREA Related)      Case Number: CRM ▇      Received: Dec 06, 2017

CORIS Number:

Involved citizen:

    Alexander CaneJames Mascal, DOB: ▇
      Address:
      Phone Number:
      Role: ▇

    ▇
      Address: ▇
      Role: Reporter/ Witness ▇

Employees involved:

    ▇ DOB: ▇
      Address: ▇
      Phone Number: ▇
      Charges:
      ATN:      CTN:      Sequence #

      Employee current info: ▇
      Division:
      Facility/ ▇
      Service:

    Snapshot - Employee information at time of incident:
    Username: ▇
    Division: ▇
    Facility/ Region:
    Service:
    Rank/title: ▇
    Age:      Years of employment: ▇    Years with unit:
    Off duty: ▇    Off duty employed: ▇

    Charges:
    ▇      Investigation 12/06/2017 [] -

Employee witnesses:

    ▇
      Employee current info: ▇
      Division: ▇
      Facility/ Region: ▇
      Service:

**EXHIBIT 1**

Narrative of Detective Joe Fagone:
    On December 5, 2017 at approximately 2100 hours, I, Detective Joe Fagone, was

MDOC000591

**CONFIDENTIAL**



MDOC000592

**CONFIDENTIAL**



MDOC000593

**CONFIDENTIAL**



**CONFIDENTIAL**





I find Mascal's allegation to unsubstantiated at this time. I will mail a written copy of my finding to Mascal.

When/where:

Date/time occurred: Dec 05, 2017 @ 21:00

Location of Occurrence:

Status/assignment information:

Status: Active Priority: High

Opened: 12/06/2017 Assigned:   Due:   Completed:

Disposition:

Unit assigned:
Handled at field/unit level:
Investigator assign: Detective Joe Fagone
Supervisor assign:
Source of information:

Organizational component(s):

Division:
Facility/ Region:

Entered by: Detective Joe Fagone on Dec 06, 2017 at 06:45

**Cut and paste directly from Facebook**

**Tue 8:38pm**



MDOC000597



MDOC000598