# Fagone, Joe

| | |
|---|---|
| **From:** | Mahoney, Kathleen |
| **Sent:** | Saturday, December 09, 2017 8:45 AM |
| **To:** | Fagone, Joe; Hicks, Michael J |
| **Subject:** | Fwd: Info |

FYI

Get Outlook for iOS

---

**From:** Stroud, Brent
**Sent:** Friday, December 8, 2017 3:35:21 PM
**To:** Mahoney, Kathleen
**Subject:** Info

Kathleen this is an email I forwarded to Sue Gagnon and Robert Laplante.

Informational,

I received a call today from ▇▇▇ ▇▇▇ Black Mailing ▇▇▇ making threats ▇▇▇ brandishing a gun and making threats. ▇▇▇ police located the firearm ▇▇▇

**Brent Stroud**
Probation Officer
Region 2 Adult
140 Canal Street
Lewiston, ME 04240
Office: 207-783-5369
Cell Ph: 207-485-8728
Fax: 207-783-5368

EXHIBIT 2