CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

# ATTORNEY GENERAL INVESTIGATIONS
# INCIDENT REPORT

**Date** 2021-12-28  **Duty Officer** Gagnon
**Name** Alexander Mascal
**Street Address**
**Town** ▇  **State** ▇  **Zip** ▇
**Telephone 1**  **Telephone 2**
**Calling About** ▇  **Coding** ▇

IR # 99-2021-431

On 12/27/21 Alexander Mascal DOB: ▇ reported that in ▇

▇

Mr. Mascal stated that he was concerned that a thorough investigation wasn't completed.

I contacted ▇

On 12/28/21 I called Mr. Alexander back and told him that ▇

**Supervisor Review** BRIAN MACMASTER 12/28/2021

**OPTIONAL DATA BELOW THIS LINE**

| Import 1st File | Import 2nd File | Import 3rd File | Import 4th File |
| Export 1st File | Export 2nd File | Export 3rd File | Export 4th File |

**EXHIBIT 3**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MDOC000656