# SUPERVISOR'S REVIEW
# USE OF PHYSICAL FORCE REPORT

| Mascal, Alexander | 118933 | LCYDC |
|---|---|---|
| NAME OF PRISONER/ RESIDENT | MDOC # | FACILITY |

| 6-14-2014 | 6-14-2014 | 8:50PM |
|---|---|---|
| REPORT DATE | INCIDENT DATE | INCIDENT TIME |

LOCATION WHERE INCIDENT OCCURRED: Cedar A-Pod

**REASON FOR USE OF FORCE** (check applicable reasons)
- [ ] Self-Defense
- [x] Protection of Others
- [ ] Prevention of Self-Harm
- [x] Protection of Property
- [x] Maintain or Regain Control
- [ ] To Prevent Escape or Apprehend Escapee
- [ ] Other: _____

Appears prisoner/resident injured? [ ] Yes [x] No  If yes, nature of the injury? _____
Prisoner/Resident complaint of injury? [x] Yes [x] No  If yes, nature of complaint? Sore Cheek
If applicable, name and title of facility medical staff who assessed/treated the prisoner/resident:

RN Matthews

If above is not applicable, why not:

Are prisoner/resident medical report(s) attached? [x] Yes [ ] No

The name(s) and title(s) of any staff using force:

| | | Report Attached |
|---|---|---|
| Name: Sturgis, Chad | Title:JPS | [x] Yes [ ] No |
| Name: Staley, Phil | Title:JPS | [x] Yes [ ] No |
| Name: Drain, Kevin | Title:JPS | [ ] Yes [ ] No |
| Name: Rider, Butch | Title:JPW | [x] Yes [ ] No |
| Name: | Title: | [ ] Yes [ ] No |
| Name: | Title: | [ ] Yes [ ] No |

If staff report is not attached, explain why below:

_____

The name(s) and title(s) of any staff witness(s) present, but not using force:

| | | Report Attached |
|---|---|---|
| Name: Matthew Scott | Title:JPW | [x] Yes [ ] No |
| Name: Labacz, Mark | Title:JPW | [x] Yes [ ] No |
| Name: Stroud, Brent | Title:JPS | [x] Yes [ ] No |
| Name: Emerton, John | Title: JPS | [x] Yes [ ] No |
| Name: | Title: | [ ] Yes [ ] No |

The name(s) of any prisoner/resident witnesses:

| | | Oral or Written Statement Attached: |
|---|---|---|
| Name: _____ | MDOC # _____ | [ ] Yes [ ] No |
| Name: _____ | MDOC # _____ | [ ] Yes [ ] No |
| Name: _____ | MDOC # _____ | [ ] Yes [ ] No |
| Name: _____ | MDOC # _____ | [ ] Yes [ ] No |
| Name: _____ | MDOC # _____ | [ ] Yes [ ] No |

DOC FORM

A - 14.17 – I – C – 5/9/13
J - 9.18 – I – C - 5/22/13

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

MDOC007497

## SUPERVISOR'S REVIEW
## USE OF PHYSICAL FORCE REPORT

| The name(s) of any visitor(s) / volunteer(s) / other witnesses: (circle below) | | Oral or Written Statement Attached: |
|---|---|---|
| Name: _____ | ☐ Visitor ☐ Volunteer ☐ Other | ☐ Yes ☐ No |
| Name: _____ | ☐ Visitor ☐ Volunteer ☐ Other | ☐ Yes ☐ No |
| Name: _____ | ☐ Visitor ☐ Volunteer ☐ Other | ☐ Yes ☐ No |
| Name: _____ | ☐ Visitor ☐ Volunteer ☐ Other | ☐ Yes ☐ No |
| Name: _____ | ☐ Visitor ☐ Volunteer ☐ Other | ☐ Yes ☐ No |
| Name: _____ | ☐ Visitor ☐ Volunteer ☐ Other | ☐ Yes ☐ No |

CORIS Report # 2014-5854          If applicable, Prisoner/Resident Disciplinary Report # _____

## FORCE USED (Check all that apply):

☒ Staff Presence (explain): JPS Emerton, JPW Rider : Res. Mascal, ███████ were found by staff in RM A-3 attempting to barricade themselves and pop sprinkler head.

☒ Verbal Direction/Commands Given (explain): JPS Emerton, JPS Stroud, JPW Labacz, JPW Robinson: Staff attempted several times to de-escalate residents. Residents refused all verbal direction.

☐ Directional Contact (explain): N/A

☐ Chemical Agent (explain): N/A

☒ Control and Restraint (explain): JPS Drain, JPS Staley, JPS Sturgis, JPW Rider: Res. Mascal Placed in CCG 3 on the floor in room. Res. Mascal was helped to his feet and placed in CCG 2. Mascal then agreed to walk with staff to SMU

☐ Handcuffs (explain): N/A

☐ Leg Restraints (explain): N/A

☐ Full Restraints (explain): N/A

☐ Restraint Chair (explain): N/A

   Restraint Chair Documentation Attached? ☐ Yes ☐ No

☐ K-9 (explain): N/A

☐ Electronic Weapon (explain): N/A

☐ Less-Than-Lethal Munition (explain): N/A

☐ Other (explain): N/A

DOC FORM

A - 14.17 – I – C – 5/9/13
J - 9.18 – I – C - 5/22/13

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          MDOC007498

SUPERVISOR'S REVIEW

# SUPERVISOR'S REVIEW
## USE OF PHYSICAL FORCE REPORT

☐ Deadly Force (explain): <u>N/A</u>

If applicable,

| | | |
|---|---|---|
| Firearm Make: _____ | Serial Number: _____ | Number of shots fired: _____ |
| Firearm issued to: _____ | | Title: _____ |
| Date last qualified for use: _____ | | Qualified by: _____ |
| Did the subject have a weapon? ☐ Yes ☐ No | | Type: _____ |

If chemical agent, electronic weapon, or less-than-lethal munition was used against a <u>resident</u> (other than O/C spray permanently issued to individual staff), was there prior specific authorization by the Commissioner, or designee? ☐ Yes ☐ No

If not, why not? _____

If chemical agent, electronic weapon, or less-than-lethal-munition was used, was the prisoner/resident warned prior to use? ☐ Yes ☐ No
If not, why not?

If chemical agent, electronic weapon, less-than-lethal munition was used, or technique that might cause bodily injury was used, was facility health care staff contacted for possible precautions?
☐ Yes ☐ No If not, why not? _____

Was the incident documented with photo or video? ☒ Yes ☐ No    If not, explain below.

_____

If yes,  ☒ hand held video/audio

☒ surveillance video

☐ photos

If yes, was the chain of custody documentation initiated? ☒ Yes ☐ No

If yes, by whom? <u>AFOS Stroud to JFOM Dewitt</u>

Was there an opportunity to utilize de-escalation techniques? ☒ Yes ☐ No If not, explain below.

*Supervisor's Review - Use of Physical Force Report*
Page 3 of 5

DOC FORM

A - 14.17 – I – C – 5/9/13
J - 9.18 – I – C - 5/22/13

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

MDOC007499

SUPERVISOR'S REVIEW

**USE OF PHYSICAL FORCE REPORT**

If applicable, describe the de-escalation techniques utilized and their results below ☐ N/A

Staff in the unit as well as responding staff all attempted to de-escalate the situation by offering choices to the residents as well as explaining to them what was going to happen if things did not change.

DESCRIPTION OF INCIDENT: Res. Mascal, ▮▮▮▮▮▮▮▮▮▮▮ got into room A-3 of the Cedar unit and attempted to barricade themselves in the room. Staff noticed they were up to something and investigated the situation JPW Emerton reported seeing residents attempting to pop sprinkler head with a toothbrush. The A-Team responders showed up and began trying to de-escalate the residents. After about fifteen minutes Res. ▮▮▮▮ agreed to walk to smu. Res. Mascal and ▮▮▮▮ continued to refuse all staff directives and were not actively engaging in de-escalating. I asked Res. Mascal to toss the toothbrush out and he did. Res ▮▮▮▮ was upset with Mascal for passing the toothbrush out stating "we could use that to stab the staff" After no success with the de-escalation an Extraction team was assembled and briefed. I gave both residents a final chance to end the situation by walking to SMU. Both residents were stating staff would have to pull them out. I directed the extraction team to enter the room and remove res. Mascal as he was the most accessible. JPS Sturgis and JPS Staley got Res. Mascal out from under the bed and placed him face down on the floor. Res. Mascal was resisting then stopped and laid still. At this point Res. ▮▮▮▮ came out from under the bed and said he would walk to SMU. ▮▮▮▮ was escorted to SMU. Res. Mascal was helped to his feet and placed in CCG 2 against the wall until it was clear to move him. Res. Mascal agreed to walk with staff to SMU. All three resident sinvolved were placed on observation.

*Use additional paper for description of the incident, if necessary*

DOC FORM

A - 14.17 – I – C – 5/9/13
J - 9.18 – I – C - 5/22/13

SUPERVISOR'S REVIEW

## USE OF PHYSICAL FORCE REPORT

ADDITIONAL INFORMATION

If applicable, are Constant Watch Log copies attached? ☐ Yes ☐ No ☒ N/A

Other State, County or Municipal Agency Staff involved? ☐ Yes ☒ No  If yes, who and how:

_____

Did use of force appear to comply with policy? ☒ Yes ☐ No

If no, explain _____

Shift Commander/Juvenile Facility Operations Supervisor or other Supervisory Staff Submitting:

Signature: _____  Title: AJFOS

Printed Name : Brent Stroud                     Date: 6-14-2014

Chief Administrative Officer, or designee:

Signature: _____  Title: CoS

Printed Name: _____                     Date: 6/15/14

---

DOC FORM

A - 14.17 – I – C – 5/9/13
J - 9.18 – I – C - 5/22/13

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

MDOC007501