**LONG CREEK YOUTH DEVELOPMENT CENTER**
675 Westbrook Street
South Portland, Maine 04106

**Intensive Behavior Management Status Plan**

**Date:** 09/22/2014  9:40 am
**Resident's Name:** MASCAL, Alexander
**Unit**: CEDAR

**Those in attendance:** Jeffrey Merrill II-Superintendent, Karen Yeaton and Brian Libby-Deputy Superintendents, Scott Janosik-JPM Cedar Unit, Stephanie O'Reilly-Cedar Social Worker, Julia Cabral-LCSW (CCS), Christine Grant-Day One, Susan Shaw-The Opportunity Alliance, Lorria Briggs-H.S.A, Abby Beaumont-MSW Intern and Rebecca Thompson-Director of Classification and Collaborative Services.

**Summary: Rebecca Thompson, LCSW.**

Alexander is 16 years old and was committed on July 9, 2012 to age 18 on February 12, 2016.  He was transferred to Long Creek from Mountain View Youth Development Center and placed in the Cedar Unit where he resides with about 12 other youth.  He is at Phase 2 Level 1.

**JCCO:** Russ McMahon, Region III

1.) **Reason for Status**: Alex has been struggling for the last few days.  They went to outdoor rec yesterday evening while the girls were doing some programming in SOLO.  Things were happening that staff did not like so the Cedar boys were asked to go back to the unit.  Alex refused to come in.  When he arrived in the day room, he pulled off his shirt and said bring it on and began to wrestle staff.  He spit on staff, head butted and was put into a face mask.  After a struggle, he was taken to SMU on a gurney.  It was reported that a couple of staff may have been hurt.

Alex will have more new charges of Assault on Officer.  Last night, he did agree to lock down in SMU.  This morning, Adam and other SMU boys refused directives and caused an ICS incident.  Alex met with his Lawyer this week

Alex reported that the war is over.  He did; however, write on the wall in SMU.  He reported to Ms. O'Reilly that he put out the white flag.  She told him that there would be a progression in returning to the unit.  Alex will continue on IBMS.

2.) Plan will address each of the following areas:

Education: **To be brought to him in SMU**

Recreation/ Major Muscle Activities: **1 hour fresh air court**

MDOC010186

Library: **1 soft covered book at a time**

Medical care: **as requested or needed in SMU**

Mental Health: **as per Case Plan**

Religious Services: **If requested in SMU**

Social Services: **JPM or Social Worker to check in daily**

Substance Abuse: **As per Case Plan**

Visit/Telephone/ Mail: **Non-contact visits, 1 telephone call with JPM or SW, Mail to be brought by unit staff**

Volunteer Services: **N/A**

Non-Allowable Items: **State issued items only**

Other:

Criteria to be met for return to general population status: **Transfer to the Cedar Unit when a believable commitment to safety to self and others throughout the facility has been made.**

MDOC010187