## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| AMARI HYLTON, | |
| Plaintiff | |
| v. | 1:22-cv-292-JAW |
| MAINE DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Amari Hylton and Defendants the Maine Department of Corrections, Long Creek Youth Development Center, Joseph Ponte, Joseph Fitzpatrick, Jeffrey Morin, Jeffrey Merrill II, Jeffrey Vance, Jeffrey Macomber, Berry Lemery, Francios Bouchard, Scott Janosik, Elia Atkinson, Chad Sturgis, James Booker, Chad Young, Philip Staley, and Joseph Fagone  by and through their undersigned counsel, jointly stipulate to the dismissal of this action, and each and every count and claim asserted therein, with prejudice and without costs, expenses, or attorney's fees to either side.

1

Dated: December 8, 2025                    AARON M. FREY

                                           Attorney General

                                           /s/ *Alexander M. Beals*
                                           Alexander M. Beals
                                           Assistant Attorney General
                                           6 State House Station
                                           Augusta, Maine 04333-0006
                                           Tel. (207) 626-8800
                                           Fax (207) 287-3145
                                           alexander.m.beals@maine.gov

                                           Attorneys for Defendants the Maine Department of
                                           Corrections ("MDOC"), Long Creek Youth
                                           Development Center, Brooker, Bouchard,
                                           Fitzpatrick, Lemery, Macomber, Merrill, Morin,
                                           Ponte, Staley, Sturgis, Vance, and Young


Dated: December 8, 2025                    /s/ *John J. Wall, III*
                                           John J. Wall, III
                                           Monaghan Leahy, LLP
                                           2 Monument Square, Suite 401
                                           Portland, Maine, 04112
                                           PH: 207-774-3906
                                           jwall@monaghanleahy.com

                                           Attorney for Defendant Scott Janosik


Dated: December 8, 2025                    /s *Nicholas Bernate*
                                           Nicholas Bernate
                                           Maria Fox
                                           Murray Plumb & Murray
                                           75 Pearl Street
                                           P.O. Box 9785
                                           Portland, Maine 04104-5085
                                           PH: 207-773-5651
                                           nbernate@mpmlaw.com

                                           Attorneys for Defendant Elia Atkinson

Dated: December 8, 2025

/s/ *Martin J. Ridge*
Martin J. Ridge
Beagle, Thomas & Ridge, LLC
10 Moulton Street
Portland, Maine 04101-5039
PH: 207-773-1751
mjr@beagleridge.com

Attorney for Defendant Joseph Fagone


Dated: December 8, 2025

/s/ *Thomas Hallett*
Thomas Hallett
David Weyrens
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, ME 04112-7508
PH: 207-775-4255
*thallett@hww.law*

Attorneys for Plaintiff Amari Hylton